**E-filed 5/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANDERSON, | ) | No. C 04-0887 JF |
| | ) | |
| Petitioner, | ) | ORDER DENYING |
| | ) | CERTIFICATE OF |
| vs. | ) | APPEALABILITY; DENYING |
| | ) | REQUEST FOR |
| MICHAEL KNOWLES, | ) | APPOINTMENT OF |
| | ) | COUNSEL |
| Respondent. | ) | |
| _____ | ) | (Docket Nos. 22, 23) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2006, the Court denied the instant petition on the merits and entered judgment in favor of Respondent. On April 3, 2006, Petitioner filed a notice of appeal, a motion for a certificate of appealability, and a request for appointment of counsel. The Court concludes that the notice of appeal is timely as Petitioner signed and dated the notice on March 29, 2006. See Houston v. Lack, 487 U.S. 266, 276 (1988) (notice of appeal of pro se prisoner is deemed filed when it is delivered to prison officials for forwarding to the district court). The Court will deny the motion for a certificate of appealability and the request for appointment of counsel.

\\\

DISCUSSION

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. Id. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).

Except for substituting the word "constitutional" for the word "federal," section 2253(c)(2) codified the standard announced by the United States Supreme Court in Barefoot v. Estelle, 463 U.S. 880, 892-93 (1983). See Slack, 120 S. Ct. at 1603. In Barefoot, the Court explained that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner], or that the questions are adequate to deserve encouragement to proceed further." 463 U.S. at 893 n.4 (citations and internal quotations omitted; emphasis in original). Any doubts about whether the Barefoot standard has been met must be resolved in petitioner's favor. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000).

The Court denied the instant habeas petition after careful consideration of the merits. The Court found no violation of Petitioner's federal constitutional rights in the underlying state court proceedings. Petitioner has failed to demonstrate that jurists of reason would find it debatable whether this Court was correct in its ruling. Accordingly, Petitioner's motion for a certificate of appealability (docket no. 23) is DENIED.

\\\

\\\

Order Denying Certificate of Appealability; Denying Request for Appointment of Counsel
P:\pro-se\sj.jf\hc.04\Anderson887coaden            2

1  Based upon the Court's denial of appealability, the Court concludes that the
2 interests of justice do not require appointment of counsel at this time.  Petitioner's request
3 for appointment counsel (docket no. 22) is DENIED.  The Clerk shall transmit the file,
4 including a copy of this order, to the Court of Appeals.  Petitioner may then ask the Court
5 of Appeals to issue the certificate.  See Fed. R. App. P. 22(b).

6  IT IS SO ORDERED.
7  DATED: ___4/27/06_____

JEREMY FOGEL
United States District Judge

1  A copy of this order was mailed to the following:

2

3  David Anderson
   T-12506
4  Mule Creek State Prison
   P.O. Box 409099
5  B-8/248-U
   Ione, CA  95640-9000
6

7

   Gerald A. Engler
8  CA State Attorney General's Office
   455 Golden Gate Avenue
9  Suite 11000
   San Francisco, CA 94102-7004
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Certificate of Appealability; Denying Request for Appointment of Counsel
P:\pro-se\sj.jf\hc.04\Anderson887coaden         4